```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

BUILDING SERVICE 32BJ HEALTH FUND, ET AL.,

        Plaintiffs,

- against -

FIFTH AVENUE BUILDING COMPANY LLC, ET AL.,

        Defendants.

24-cv-6777 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a conference regarding the plaintiff's motion for preliminary injunction on **Wednesday, November 13, 2024**, at **12:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           November 4, 2024

                                              John G. Koeltl
                                   United States District Judge