UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BUILDING SERVICE 32BJ HEALTH FUND, ET AL.,

    Plaintiffs,

- against -

FIFTH AVENUE BUILDING COMPANY LLC, ET AL.,

    Defendants.

24-cv-6777 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

 As discussed at the telephone conference held today, the parties are directed to file a status letter by **November 20, 2024.**

SO ORDERED.

Dated: New York, New York
   November 13, 2024

            /s/ John G. Koeltl
            John G. Koeltl
            United States District Judge