UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BUILDING SERVICE 32BJ HEALTH FUND, et al,
                          Plaintiff(s)

          24 civ 6777 (JGK)

        -against-

FIFTH AVENUE BUILDING COMPANY, et al,
                          Defendant(s).
-----------------------------------------------------------X

## ORDER

The conference scheduled for December 12, 2024, at 12:00pm, is canceled.

**SO ORDERED.**

                                                          JOHN G. KOELTL
                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
           December 4, 2024