UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BUILDING SERVICE 32BJ HEALTH FUND, ET AL.,

        Plaintiffs,

- against -

FIFTH AVENUE BUILDING COMPANY LLC, ET AL.,

        Defendants.

24-cv-6777 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument in connection with the plaintiffs' motion for a preliminary injunction on **Wednesday, December 18, 2024**, at **12:00 p.m.** in Courtroom 14A of the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:    New York, New York
             December 10, 2024

                                                John G. Koeltl
                                        United States District Judge