UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BUILDING SERVICE 32BJ HEALTH FUND,
ET AL.,

                   Plaintiffs,

     - against -

FIFTH AVENUE BUILDING COMPANY LLC,
ET AL.,

                   Defendants.

24-cv-6777 (JGK)

<u>ORDER</u>

---

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record today, the plaintiffs' motion for a preliminary injunction is **denied**. The Clerk is respectfully directed to close all pending motions.

SO ORDERED.

Dated:    New York, New York
           January 8, 2025

                                          John G. Koeltl
                                United States District Judge