```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

BUILDING SERVICE 32BJ HEALTH FUND, ET AL.,

    Plaintiffs,

24-cv-6777 (JGK)

ORDER

- against -

FIFTH AVENUE BUILDING COMPANY LLC, ET AL.,

    Defendants.

JOHN G. KOELTL, District Judge:

The time to file any dispositive motions was March 14, 2025. No dispositive motion was filed.

A joint pretrial order, together with any motions in limine or motions to bifurcate, shall be submitted by **April 11, 2025**. In jury cases, parties shall submit requests to charge and voir dire requests. In non-jury cases, the parties shall also submit proposed findings of fact and conclusions of law. The pretrial order shall conform to the Court's Form Joint Pretrial Order, a copy of which may be obtained from the Deputy Clerk.

The parties shall be ready for trial on **48** hours notice on or after **April 28, 2025**.

SO ORDERED.

Dated:    New York, New York
            March 19, 2025

                                      John G. Koeltl
                                United States District Judge